[No. 9388–3–III. Division Three. June 13, 1989.]

MARVIN WHITE, ET AL, *Appellants,* v. L.E. CHAPMAN, *Respondent.*

L.E. CHAPMAN, *Respondent,* v. MARVIN WHITE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 85–2–00462–5, Charles W. Cone, J., entered May 31, 1988. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

[No. 8937–1–III. Division Three. June 13, 1989.]

RICHARD MORGAN, ET AL, *Appellants,* v. FLEETWOOD ENTERPRISES, INC., ET AL, *Defendants,* GENERAL MOTORS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–00298–1, B.J. McLean, J. Pro Tem., entered October 8, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.